James A. WILSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 480, 2016

Supreme Court of Delaware.

Submitted: February 16, 2017

Decided: April 27, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1304003168

AFFIRMED.

■

Reginald A. WELLS, Sr.,[1] Respondent
Below, Appellant,

v.

Kristen A. QUEARY, Petitioner
Below, Appellee.

No. 76, 2017

Supreme Court of Delaware.

Submitted: April 21, 2017

Decided: April 27, 2017

Court Below—Family Court of the State of Delaware, File No. CK93–3723, Petition No. 12–30546

DISMISSED.

■

Roderick BALDWIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 468, 2016

Supreme Court of Delaware.

Submitted: March 13, 2017

Decided: April 28, 2017

Court Below—Superior Court of the State of Delaware

AFFIRMED.

■

Enrique MAYMI, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 40, 2017

Supreme Court of Delaware.

Submitted: March 30, 2017

Decided: May 1, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 87001255DI

AFFIRMED.

1. The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).